AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Limbaugh, Jr., , Stephen N. | Eastern District of Missouri | 05/08/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Rush Hudson Limbaugh, Sr. U.S. Courthouse <br> 555 Independence St., Suite 4000 <br> Cape Girardeau, MO 63703 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President, Board of Trustees | State Historical Society of Missouri |
| 2. Member, Board of Trustees | Old McKendree Chapel |
| 3. Member, Board of Directors | Southeast Missouri Symphony Advisory Board |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Limbaugh, Jr., Stephen N.**

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/08/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Missouri Judges ALJ Legislators & Elected Officials Retirement System, Pensions | $73,806.59 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Wells Fargo Advisors, salary and bonuses |
| 2. 2010 | AG Edwards, Retirement Distribution |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/08/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Montgomery Bank of Cape Girardeau, MO | Line of Credit | M |
| 2. | American Express | Credit Card | L |
| 3. | CitiCards | Credit Card | K |
| 4. | Nieman Marcus | Credit Card | J |
| 5. | Wachovia Securities | Promissory Note | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo IRA-SNL (Formerly Wachovia Sec IRA) -See Note 1 | | | | | | | | | |
| 2. - Bank Deposit Sweep (Formerly AGE BK Deposit) | A | Interest | J | T | | | | | |
| 3. -Fundsource-Conservative Growth-Managed Acct | D | Int./Div. | O | T | | | | | |
| 4. Wells Fargo Brokerage Acct- MML- (Formerly Wachovia Sec) | | | | | | | | | |
| 5. - Wells Fargo Bank- Deposit Sweep Acct (Formerly AGE Bk Dep) | A | Interest | J | T | | | | | |
| 6. -AMGN | | None | J | T | | | | | |
| 7. -CAT | A | Dividend | J | T | | | | | |
| 8. -ESRX | | None | K | T | | | | | |
| 9. -JNJ | A | Dividend | J | T | | | | | |
| 10. -MCD | A | Dividend | J | T | | | | | |
| 11. -MHS | | None | J | T | | | | | |
| 12. -MRK | A | Dividend | J | T | | | | | |
| 13. -PEP | A | Dividend | J | T | | | | | |
| 14. -PG | A | Dividend | J | T | | | | | |
| 15. -WFC | A | Dividend | J | T | | | | | |
| 16. | | | | | | | | | |
| 17. Wells Fargo IRA- MML (Formerly Wachovia Sec IRA) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FundSource- Core American Long Term Growth | B | Dividend | M | T | | | | | |
| 19. | | | | | | | | | |
| 20. A.G. Edwards 401K Plan-MML | | | | | | | | | |
| 21. -American Funds-Euro Pacific Growth Fund-Mutual Fund | C | Dividend | M | T | | | | | |
| 22. -American Funds Ivestmt Company of America-Mutual Fund | D | Dividend | M | T | Sold (part) | 09/28/10 | L | | |
| 23. | | | | | | | | | |
| 24. -American Funds Small CAP World -Mutual Fund | B | Dividend | M | T | | | | | |
| 25. -American Funds Washington Mutual Investors-Mutual Fund | A | Dividend | | | Sold | 09/28/10 | L | | |
| 26. -American Funds-Growth Fund of America-Mutual Fund | B | Dividend | M | T | Sold (part) | 09/28/10 | J | | |
| 27. | | | | | | | | | |
| 28. -American Funds Newe World - Mutual Fund | B | Dividend | M | T | Buy (add'l) | 04/01/10 | K | | |
| 29. | | | | | | | | | |
| 30. -Wells Fargo Stock | A | Dividend | K | T | | | | | |
| 31. -Vanguard Prime Money Market (See Note 2 , Part VIII) | D | Int./Div. | O | T | | | | | |
| 32. | | | | | Sold (part) | 04/01/10 | K | | |
| 33. | | | | | Distributed (part) | 06/24/10 | M | | |
| 34. | | | | | Distributed (part) | 10/12/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/28/10 | M | | |
| 36. | | | | | Distributed (part) | 11/17/10 | K | | |
| 37. | | | | | Distributed (part) | 12/21/10 | K | | |
| 38. | | | | | Buy (add'l) | 01/04/10 | J | | |
| 39. | | | | | | | | | |
| 40. Wells Fargo 401k Plan (Formerly Wachovia Savings Plan) | | | | | | | | | |
| 41. -Stable Value Fund (See Note 3 , Part VIII) | None | | L | T | | | | | |
| 42. | | | | | Buy (add'l) | 01/04/10 | J | | |
| 43. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 44. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 45. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 46. | | | | | | | | | |
| 47. -Wells Fargo Non-ESOP Fund (X) (See Note 3, part VIII) | A | Int./Div. | K | T | Open | 01/04/10 | J | | |
| 48. | | | | | Buy (add'l) | 04/01/10 | J | | |
| 49. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 50. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Excess Profit Sharing Deferred Comp Plan- MM -(See Note 3) | | | | | | | | | |
| 53. -Cert of Deposit -12 mos | A | Interest | M | T | | | | | |
| 54. | | | | | Distributed (part) | 10/01/10 | J | | |
| 55. WF Performance Award & Deferred Comp Plan-MML | | | | | | | | | |
| 56. -Cert of Deposit -12 mos | A | Interest | M | T | Buy (add'l) | 01/04/10 | J | | |
| 57. | | | | | | | | | |
| 58. Wells Fargo Securities Acct- MML and SNL | | | | | | | | | |
| 59. -AEPGX | | None | | | Sold | 05/18/10 | J | A | |
| 60. -AGTHX | | None | | | Sold | 05/18/10 | J | A | |
| 61. -AIVSX | A | Dividend | | | Sold | 05/18/10 | J | A | |
| 62. -NEWFX | | None | | | Sold | 05/18/10 | J | A | |
| 63. -SMCWX | | None | | | Sold | 05/18/10 | J | B | |
| 64. | | | | | | | | | |
| 65. 1/7 Int in River Bend Inv.-SNL&MML (See note 4 , part VIII) | | None | M | Q | | | | | |
| 66. | | | | | | | | | |
| 67. Limbaugh Lands, Inc.- SNL & MML (See note , part 5 VIII) | | None | K | U | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/08/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Bank of America Checking Account -MML | A | Interest | K | T | | | | | |
| 70. | | | | | | | | | |
| 71. Wells Fargo Stock Options (Formerly Wachovia Stock Options) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII-Line 1:
   Managed Account-This IRA is a managed account

2. Part VII-Line 31:
   January through December 2010, monthly buys, all under the J category

3. Part VII- Line 41 and 47; and lines 53 through 57
   Only quarterly statements are provided.  Actual dates of transactions are not available

4. Part VII- Line 65:
   The sole asset of River Bend Investments L.L.C. is a rehabbed 11-unit neighborhood apartment building in Cape Girardeau, MO.  Last appraisal was in 2007.

5. Part VII- Line 67
   Limbaugh Lands, Inc.  owns the Limbaugh ▓▓▓ homestead farm in Bollinger County, MO.  We own a small undivided interest in approximately ▓▓▓

| Name of Person Reporting | Date of Report |
|---|---|
| Limbaugh, Jr., , Stephen N. | 05/08/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Stephen N. Limbaugh, Jr.,**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544